

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00210-CV

| | | |
|---|---|---|
| TEXAS DEPARTMENT OF LICENSING AND REGULATION, Appellant | § | On Appeal from the 236th District Court |
| | § | of Tarrant County (236-315998-20) |
| V. | § | December 19, 2024 |
| KENNETH BARRICK, Appellee | § | Memorandum Opinion by Chief Justice Sudderth |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that the Texas Department of Licensing and Regulation shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bonnie Sudderth
      Chief Justice Bonnie Sudderth